# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 24, 2017

Stephen J. Markman,
Chief Justice

Robert P. Young, Jr.
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

154565

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellant,

v

                                 SC:  154565
                                 COA:  325569
                                 Wayne CC:  13-009087-FC

LAVERE DOUGLAS-LE BRYANT,
      Defendant-Appellee.

_____/

       On order of the Court, the application for leave to appeal the August 23, 2016 judgment of the Court of Appeals is considered. We direct the Clerk to schedule oral argument on whether to grant the application or take other action. MCR 7.305(H)(1). The parties shall file supplemental briefs within 42 days of the date of this order addressing: (1) whether the trial court abused its discretion in admitting "other acts" evidence; (2) if so, whether the error was harmless; and (3) whether the testimony of three police officers invaded the province of the jury when they testified as to their observations in viewing video evidence. The parties should not submit mere restatements of their application papers.



       I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 24, 2017



                                        Clerk

a0117